| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Capitol Litho Printing Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Capitol Litho; AKA CL Printing** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**86-0170259** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**2301 N. 16th Steet**<br>**Phoenix, AZ**    ZIP Code **85006-1827** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Capitol Litho Printing Corporation** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br> Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Capitol Litho Printing Corporation** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Thomas G. Luikens**
Signature of Attorney for Debtor(s)

**Thomas G. Luikens 004584**
Printed Name of Attorney for Debtor(s)

**AYERS & BROWN, P.C.**
Firm Name

**4227 N. 32nd Streeet**
**First Floor**
**Phoenix, AZ 85018**

Address

Email: tgllegalassistant@earthlink.net
**602 468 5700  Fax: 602 468 9300**
Telephone Number

**September  9, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ron Perryman**
Signature of Authorized Individual

**Ron Perryman**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September  9, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re    **Capitol Litho Printing Corporation**      Case No. _____

Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Arizona Department of Revenue<br>PO Box 29010<br>Phoenix, AZ 85038-9010 | Arizona Department of Revenue<br>PO Box 29010<br>Phoenix, AZ 85038-9010 | Tax liability | | 700,000.00 |
| City of Phoenix<br>Tax Division<br>251 W. Washington St., 3rd Floor<br>Phoenix, AZ 85003 | City of Phoenix<br>Tax Division<br>251 W. Washington St., 3rd Floor<br>Phoenix, AZ 85003 | PLT Audit; and Annual Tax License Fee for years 2008 - 2013 | | 296,904.18 |
| Arizona Department of Revenue<br>PO Box 29010<br>Phoenix, AZ 85038-9010 | Arizona Department of Revenue<br>PO Box 29010<br>Phoenix, AZ 85038-9010 | Tax liability | | 96,783.11 |
| George Drum<br>4430 E. Flower<br>Phoenix, AZ 85018 | George Drum<br>4430 E. Flower<br>Phoenix, AZ 85018 | Promissory Note for purchase of MP Printing | | 66,297.38 |
| Maricopa County Treasurer<br>301 E. Jefferson Street<br>Phoenix, AZ 85003 | Maricopa County Treasurer<br>301 E. Jefferson Street<br>Phoenix, AZ 85003 | Business/commercial property tax | | 31,406.44 |
| City of Phoenix<br>City Treasurer<br>PO Box 29690<br>Phoenix, AZ 85038-9690 | City of Phoenix<br>City Treasurer<br>PO Box 29690<br>Phoenix, AZ 85038-9690 | Tax liability | | 24,062.13 |
| Indigo America, Inc.<br>Box 415573<br>Boston, MA 02241-5573 | Indigo America, Inc.<br>Box 415573<br>Boston, MA 02241-5573 | Service contract for HP Indigo press | | 23,894.90 |
| Spicers Paper<br>File 749316<br>Los Angeles, CA 90074-9316 | Spicers Paper<br>File 749316<br>Los Angeles, CA 90074-9316 | Paper supplies | | 18,373.70 |
| APS<br>P O Box 2906<br>Phoenix, AZ 85062-2906 | APS<br>P O Box 2906<br>Phoenix, AZ 85062-2906 | Electricity | | 13,665.68 |
| AGFA Corporation<br>PO Box 2123<br>Carol Stream, IL 60132-2123 | AGFA Corporation<br>PO Box 2123<br>Carol Stream, IL 60132-2123 | Pre-press supplies | | 11,095.00 |

In re  **Capitol Litho Printing Corporation**                              Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Xpedx<br>Box 677319<br>Dallas, TX 75267-7319 | Xpedx<br>Box 677319<br>Dallas, TX 75267-7319 | Paper products | | 10,412.26 |
| Unisource Worldwide<br>Unisource - Phoenix<br>File 57006<br>Los Angeles, CA 90074-7006 | Unisource Worldwide<br>Unisource - Phoenix<br>File 57006<br>Los Angeles, CA 90074-7006 | Paper supplies | | 5,064.12 |
| Team Print Media, LLC<br>2630 E. 28th Street<br>Long Beach, CA 90755-2202 | Team Print Media, LLC<br>2630 E. 28th Street<br>Long Beach, CA 90755-2202 | Outside services | | 4,946.50 |
| Capital One Bank (USA) N.A.<br>PO Box 60599<br>City Of Industry, CA 91716-0599 | Capital One Bank (USA) N.A.<br>PO Box 60599<br>City Of Industry, CA 91716-0599 | Credit card used for fuel and miscellaneous | | 4,757.58 |
| Mailings Direct<br>Box 20901<br>Phoenix, AZ 85036 | Mailings Direct<br>Box 20901<br>Phoenix, AZ 85036 | Outside services | | 3,069.56 |
| Foil Graphics Co.<br>Box 20543<br>Phoenix, AZ 85036-0543 | Foil Graphics Co.<br>Box 20543<br>Phoenix, AZ 85036-0543 | Outside services | | 2,539.97 |
| Home Depot Credit Services<br>Dept 32 - 2000728844<br>Box 183175<br>Columbus, OH 43218-3175 | Home Depot Credit Services<br>Dept 32 - 2000728844<br>Box 183175<br>Columbus, OH 43218-3175 | Miscellaneous repair supplies | | 2,110.27 |
| Arizona Envelope Co.<br>7428 S. Harl Avenue<br>Tempe, AZ 85283 | Arizona Envelope Co.<br>7428 S. Harl Avenue<br>Tempe, AZ 85283 | Outside services | | 2,107.25 |
| GPA Acquisition Company, Inc.<br>3906 Solutions Center<br>Chicago, IL 60677-3009 | GPA Acquisition Company, Inc.<br>3906 Solutions Center<br>Chicago, IL 60677-3009 | Paper products | | 2,063.98 |
| Carl H. Osterman<br>4425 N. 24th Street, #200<br>Phoenix, AZ 85016 | Carl H. Osterman<br>4425 N. 24th Street, #200<br>Phoenix, AZ 85016 | Professional services - accounting | | 1,565.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September  9, 2014**                    Signature  **/s/ Ron Perryman**
                                                          **Ron Perryman**
                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Capitol Litho Printing Corporation -

AGFA CORPORATION
PO BOX 2123
CAROL STREAM IL 60132-2123

AIR CONDITIONING BY ROBERTS
1421 E. MCDOWELL ROAD
PHOENIX AZ 85006

AM DIE
2441 E. CHAMBERS ST
PHOENIX AZ 85040-3633

AMERICAN PACKAGING CAPITAL INC.
BOX 77077
MINNEAPOLIS MN 55480-7777

AMERICAN WHOLESALE THERMOGRAPHERS
2331 W. ROYAL PALM RD STE 103
PHOENIX AZ 85021

AMERIPRIDE SERVICES
PO BOX 3010
BEMIDJI MN 56619-3010

ANDREA LOOPER
13216 S. HERMIT ROAD
BUCKEYE AZ 85326

APS
P O BOX 2906
PHOENIX AZ 85062-2906

ARIZONA DEPARTMENT OF ECONOMIC SECURITY
PO BOX 6028
PHOENIX AZ 85005-6028

ARIZONA DEPARTMENT OF REVENUE
PO BOX 29010
PHOENIX AZ 85038-9010

ARIZONA DEQ
BOX 18228
PHOENIX AZ 85005

Capitol Litho Printing Corporation -

ARIZONA EMBOSSING & DIE
2618 S. 21ST STREET
PHOENIX AZ 85034

ARIZONA ENVELOPE CO.
7428 S. HARL AVENUE
TEMPE AZ 85283

ARIZONA LABEL & PACKAGING
3743 W. THOMAS RD
PHOENIX AZ 85019

ARROW EXPRESS
1450 PALOMA WAY
CLARKDALE AZ 86324

AZTECH PRESSROOM PRODUCTS
456 E. JUANITA AVENUE SUITE 2
MESA AZ 85204

BCT-TEMPE
1130 W. GENEVA DR.
TEMPE AZ 85282

BILL'S PROPANE
109 N. 40TH ST.
PHOENIX AZ 85034

CACTUS BINDERY
2414 S. CENTRAL AVENUE
PHOENIX AZ 85004

CAPITAL ONE BANK (USA) N.A.
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599

CARL H. OSTERMAN
4425 N. 24TH STREET, #200
PHOENIX AZ 85016

CITY OF PHOENIX
TAX DIVISION
251 W. WASHINGTON ST., 3RD FLOOR
PHOENIX AZ 85003

Capitol Litho Printing Corporation -


CITY OF PHOENIX
BOX 29100
PHOENIX AZ 85038-9100


CITY OF PHOENIX
CITY TREASURER
PO BOX 29690
PHOENIX AZ 85038-9690


COLONIAL LIFE PROCESSING CENTER
BOX 1365
COLUMBIA SC 29202-1365


COX COMMUNICATIONS
PO BOX 53249
PHOENIX AZ 85072-3249


EPI-HAB PHOENIX, INC.
2125 W. FILLMORE
PHOENIX AZ 85009


FEDEX
PO BOX 7221
PASADENA CA 91109-7321


FIBRECORR CONTAINER
1522 E. VICTORY ST. STE 3-B
PHOENIX AZ 85040


FOIL GRAPHICS CO.
BOX 20543
PHOENIX AZ 85036-0543


FUJIFILM NORTH AMERICA CORP.
GRAPHIC SYSTEMS DIVISION
DEPT LA 22221
PASADENA CA 91185-2221


GDF FULFILLMENT SOLUTIONS
15820 N. 84TH ST. STE 80
SCOTTSDALE AZ 85260


GEORGE DRUM
4430 E. FLOWER
PHOENIX AZ 85018

Capitol Litho Printing Corporation -

GPA ACQUISITION COMPANY, INC.
3906 SOLUTIONS CENTER
CHICAGO IL 60677-3009


GRAINGER
DEPT. 808450571
BOX 419267
KANSAS CITY MO 64141-6267


GUARDIAN PROTECTION SERVICES
BOX 37751
PHILADELPHIA PA 19101-5051


HOME DEPOT CREDIT SERVICES
DEPT 32 - 2000728844
BOX 183175
COLUMBUS OH 43218-3175


IMPACT PRINTING SERVICES
5821 N. 7TH ST
PHOENIX AZ 85014


INDIGO AMERICA, INC.
BOX 415573
BOSTON MA 02241-5573


J.R.'S LAWN AND CLEANUP SERVICES
JOHN WAHL
BOX 87583
PHOENIX AZ 85080


KAPLAN MANUFACTURING
3131 N. 35TH AVE STE L
PHOENIX AZ 85017


KEY EQUIPMENT FINANCE
11030 CIRCLE POINT RD., STE 200
WESTMINISTER CO 80020


KEY EQUIPMENT FINANCE
BOX 74713
CLEVELAND OH 44194-0796

Capitol Litho Printing Corporation -

LANCER LABEL
PO BOX 644276
PITTSBURGH PA 15264-4276


LD MANUFACTURING, INC.
1346 WEST 50 SOUTH
CENTERVILLE UT 84014


LINCOLN TRUCKING COMPANY
BOX 29287
LINCOLN NE 68529


MAILINGS DIRECT
BOX 20901
PHOENIX AZ 85036


MARICOPA COUNTY TREASURER
301 E. JEFFERSON STREET
PHOENIX AZ 85003


PAVLIK LAMINATING, INC.
4631 S. 35TH PLACE
PHOENIX AZ 85040


PHOENIX PEST & TERMITE CONTROL
BOX 11067
PHOENIX AZ 85061


QUILL
PO BOX 37600
PHILADELPHIA PA 19101-0600


RON H. PERRYMAN
5737 E/ GRANDVIEW ROAD
SCOTTSDALE AZ 85254


RON H. PERRYMAN FAMILY TRUST
5373 E. GRANDVIEW ROAD
SCOTTSDALE AZ 85254


ROSWELL BOOKBINDING
2614 N. 29TH AVE
PHOENIX AZ 85009

Capitol Litho Printing Corporation -

SAFETY-KLEEN SYSTEMS INC
BOX 7170
PASADENA CA 91109-7170

SEXTON PEST CONTROL
1401 N. 29TH AVENUE
PHOENIX AZ 85009

SPICERS PAPER
FILE 749316
LOS ANGELES CA 90074-9316

TEAM PRINT MEDIA, LLC
2630 E. 28TH STREET
LONG BEACH CA 90755-2202

UNEMPLOYMENT INSURANCE TAX SECTION
ATTN TONYA ONDOV, TAX ANALYST
4000 N. CENTRAL AVE, STE 500
PHOENIX AZ 85012

UNISOURCE WORLDWIDE
UNISOURCE - PHOENIX
FILE 57006
LOS ANGELES CA 90074-7006

UPS
BOX 730900
DALLAS TX 75373-0900

VALLEY NEWSPAPERS
23043 N. 16TH LANE
PHOENIX AZ 85027

VERIZON WIRELESS
PO BOX 660108
DALLAS TX 75266-0108

WASTE MANAGEMENT OF ARIZONA
PO BOX 78251
PHOENIX AZ 85062-8251

WELLS FARGO BANK
PO BOX 54349
LOS ANGELES CA 90054-0349

Capitol Litho Printing Corporation -


XPEDX
BOX 677319
DALLAS TX 75267-7319

# United States Bankruptcy Court
## District of Arizona

In re    **Capitol Litho Printing Corporation**            Case No. _____

                                              Debtor(s)           Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Capitol Litho Printing Corporation**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

---

**September  9, 2014**
Date

**/s/ Thomas G. Luikens**
**Thomas G. Luikens 004584**
Signature of Attorney or Litigant
Counsel for    **Capitol Litho Printing Corporation**
**AYERS & BROWN, P.C.**
**4227 N. 32nd Streeet**
**First Floor**
**Phoenix, AZ 85018**
**602 468 5700 Fax:602 468 9300**
**tgllegalassistant@earthlink.net**